## Case No. 15,111.

### UNITED STATES v. FIVE CASES OF LINEN TABLECLOTHS.

[Cited in U. S. v. 10 Cases of Shawls, Case No. 16,448. Nowhere reported; opinion not now accessible.]